QUIN DENVIR, Bar #49374
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HERIBERTO DIAZ-ZARAGOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  HERIBERTO DIAZ-ZARAGOZA,  Defendant. | NO. 1:05-cr-00101 AWI  STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON  Date: June 20, 2005  Time: 9:00 A.M.  Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference hearing in the above-referenced matter now set for May 31, 2005, may be **continued to June 20, 2005, at 9:00 A.M.**

This stipulation is presented to the court at the request of counsel for defendant to allow continuity of counsel because counsel for defendant is scheduled to be out of his office on May 31, 2005, the date now set for hearing.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: May 26, 2005    By  /s/ by Victor M. Chavez w/consent of
                            Marianne M. Pansa
                            MARIANNE M. PANSA
                            Assistant United States Attorney
                            Attorney for Plaintiff

QUIN DENVIR
Federal Defender

DATED: May 26, 2005    By  /s/ Victor M. Chavez
                            VICTOR M. CHAVEZ
                            Assistant Federal Defender
                            Attorney for Defendant

**O R D E R**

Time is hereby excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 27, 2005**              /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing and [Proposed] Order Thereon            2