QUIN DENVIR, Bar #49374
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HERIBERTO DIAZ-ZARAGOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00101 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON |
| v. | ) | |
| HERIBERTO DIAZ-ZARAGOZA, | ) | Date: July 25, 2005 |
| Defendant. | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference hearing in the above-referenced matter now set for July 11, 2005, may be **continued to July 25, 2005, at 9:00 A.M.**

This stipulation is presented to the court at the request of the parties because although a resolution has been reached in principle, additional time is needed to prepare and execute the plea agreement.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: July 8, 2005          By  /s/ by Victor M. Chavez w/consent of
                                 Marianne M. Pansa
                                 MARIANNE M. PANSA
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


QUIN DENVIR
Federal Defender


DATED: July 8, 2005          By  /s/ Victor M. Chavez
                                 VICTOR M. CHAVEZ
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Heriberto Diaz-Zaragoza

**O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 8, 2005**                    /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE